IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

SEALED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
2018 OCT 17 PM 5:28
OFFICE OF THE CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>vs.<br><br>SABAS RODRIGUEZ-CISNEROS, a/k/a SABAS CISNEROS, a/k/a SABAS CISNEROS RODRIGUEZ, a/k/a SABAS R. CISNEROS RODRIGUEZ, a/k/a SABAS CISNEROS-RODRIGUEZ, a/k/a SABAS RODRIGUEZ, a/k/a SABAS RODRIGUEZ CISNEROS, a/k/a JORGE RODRIGUEZ CISNEROS, a/k/a JORGE RODRIGUEZ-CISNEROS, a/k/a JORGE MEDRANO, a/k/a SABAS C. RODRIGUEZ, a/k/a JORGE RODRIGUEZ, a/k/a JORGE CISNEROS, a/k/a DELFINO RODRIGUEZ CISNEROS, a/k/a DELFINO RODRIGUEZ-CISNEROS, a/k/a DELFINO RODRIGUEZ, a/k/a DELFINO CISNEROS, a/k/a ERNAN BUSTOS, a/k/a ANTONIO RODRIGUEZ, a/k/a JOSE CRUZ CISNEROS, JR., a/k/a JOSE CRUZ RODRIGUEZ CISNEROS, a/k/a JOSE CRUZ RODRIGUEZ-CISNEROS,<br><br>        Defendant. | 4:18CR3150<br><br>INDICTMENT |

The Grand Jury Charges:

## COUNT

Beginning on or about October 1, 2016, and continuing to on or about March 31, 2018, in the District of Nebraska and elsewhere, Defendant SABAS RODRIGUEZ-CISNEROS, a/k/a SABAS CISNEROS, a/k/a SABAS CISNEROS RODRIGUEZ, a/k/a SABAS R. CISNEROS RODRIGUEZ, a/k/a SABAS CISNEROS-RODRIGUEZ, a/k/a SABAS RODRIGUEZ, a/k/a SABAS RODRIGUEZ CISNEROS, a/k/a JORGE MEDRANDO, SABAS C. RODRIGUEZ, a/k/a JORGE RODRIGUEZ CISNEROS, a/k/a JORGE RODRIGUEZ-CISNEROS, a/k/a ,

1

JORGE RODRIGUEZ, a/k/a JORGE CISNEROS, a/k/a DELFINO RODRIGUEZ CISNEROS, a/k/a DELFINO RODRIGUEZ-CISNEROS, a/k/a DELFINO RODRIGUEZ, a/k/a DELFINO CISNEROS, a/k/a ERNAN BUSTOS, a/k/a ANTONIO RODRIGUEZ, a/k/a JOSE CRUZ CISNEROS, JR., a/k/a JOSE CRUZ RODRIGUEZ CISNEROS, a/k/a JOSE CRUZ RODRIGUEZ-CISNEROS did knowingly and intentionally combine, conspire, confederate, and agree with other persons to distribute and possess with intent to distribute 50 grams or more of methamphetamine (actual), its salts, isomers, and salts of its isomers, a Schedule II controlled substance, 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, and fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1).

In violation of Title 21, United States Code, Section 846.

A TRUE BILL.

_____
FOREPERSON

The United States of America requests that trial of this case be held in Lincoln, Nebraska, pursuant to the rules of this Court.

*[signature]*
SARA E. FULLERTON, #18314
Assistant U.S. Attorney

2