IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

SABAS RODRIGUEZ-CISNEROS,

Defendant.

**WITNESS LIST**

Case No.    4:18CR3150
Deputy:     Kathy Miller
Reporter:   Rogene Schroder
Date:       May 13-15, 2019

FOR PLAINTIFF:

| Name | Date |
|------|------|
| Nicole Delgado | 05/13/2019 |
| Special Agent Andrew Vincik | 05/14/2019 |
| Inv. Forrest Dalton | 05/14/2019 |
| Inv. Stephen Schellpeper | 05/14/2019 |
| Capt. Christopher Peterson | 05/14/2019 |
| Inv. Kent Bauer | 05/14/2019 |
| James Sisneroz | 05/14/2019 |
| William E. Howell, Jr. | 05/14/2019 |
| Sgt. William Koepke | 05/14/2019 |
| | |

FOR DEFENDANT:

| Name | Date |
|------|------|
| | |
| | |