# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA
2019 MAY 15  PM 4:47

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3150 |
| vs. | VERDICT FORM |
| SABAS RODRIGUEZ-CISNEROS, | |
| Defendant. | |

## **Conspiracy**

Find one of the following:
(Place an 'X' beside one, **but only one**, of the two statements).



_____X_____   A.   We find the defendant, Sabas Rodriguez-Cisneros, guilty beyond a reasonable doubt of conspiracy to distribute or possess with intent to distribute one or more of the following controlled substances: methamphetamine, a mixture or substance containing a detectable amount of methamphetamine, or fentanyl, under Instruction #10.

_____   B.   We find the defendant, Sabas Rodriguez-Cisneros, not guilty of conspiracy to distribute or possess with intent to distribute any of the following controlled substances: methamphetamine, a mixture or substance containing a detectable amount of methamphetamine, or fentanyl, under Instruction #10.

## **<u>Type of Drug</u>**

If, **but only if**, you have found the defendant guilty of conspiracy, you must find which drug or drugs were the object of the conspiracy:

(Place an "X" beside any of the drugs that you have found, beyond a reasonable doubt, were the drug or drugs that the conspirators agreed to distribute or possess with intent to distribute):

    ___**X**___   1.        Actual methamphetamine <u>or</u> a mixture or substance containing a detectable amount of methamphetamine.

    _____   2.        Fentanyl.

If you are unable to agree as to any drug, leave all the choices blank.

3

## Amount of Actual Methamphetamine

If, **but only if**, you have found the defendant guilty of conspiracy to distribute methamphetamine or possess methamphetamine with intent to distribute it (that is, if you checked line #1 on page 3 of this verdict form), you must then find the amount of actual methamphetamine involved, as explained in Instruction #13:

(Place an "X" beside one, **but only one**, of the three quantity choices)

We find unanimously beyond a reasonable doubt that the defendant is responsible for, and the conspiracy, as it pertained to the defendant, involved the following quantity of actual methamphetamine:

_____X_____   1.   50 grams or more.

_____   2.   At least 5 grams but less than 50 grams.

_____   3.   Less than 5 grams.

Check the drug quantity which you unanimously agree was involved in the offense. If you are unable to agree as to the quantity, check [3] (the entry for the lowest drug quantity).

4

## Weight of Mixtures or Substances Containing Methamphetamine

If, **but only if**, you have found the defendant guilty of conspiracy to distribute methamphetamine or possess methamphetamine with intent to distribute it (that is, if you checked line #1 on page 3 of this verdict form), you must then find the total weight of mixtures or substances containing methamphetamine, as explained in Instruction #13:

(Place an "X" beside one, **but only one**, of the three quantity choices)

> We find unanimously beyond a reasonable doubt that the defendant is responsible for, and the conspiracy, as it pertained to the defendant, involved the following quantity of mixtures or substances containing methamphetamine:
>
> ___X___ 1.    500 grams or more.
>
> _____ 2.    At least 50 grams but less than 500 grams.
>
> _____ 3.    Less than 50 grams.

Check the drug quantity which you unanimously agree was involved in the offense. If you are unable to agree as to the quantity, check [3] (the entry for the lowest drug quantity).

5

## **Fentanyl**

If, **but only if**, you have found the defendant guilty of conspiracy to distribute fentanyl or possess fentanyl with intent to distribute it (that is, if you checked line #2 on page 3 of this verdict form), you must then find whether distribution of fentanyl, or possession of fentanyl with intent to distribute it, was an object of the conspiracy:

(Place an "X" beside one, **but only one**, of the two choices)

> We find unanimously beyond a reasonable doubt that the defendant is responsible for, and the conspiracy, as it pertained to the defendant, some quantity of fentanyl:

> _____  1.      Yes.

> \_\_\_\_X\_\_\_\_  2.      No.

If you are unable to unanimously agree as to this drug, check line #2 for "no."

6

## EXECUTION OF VERDICT FORM

The foreperson shall sign and date the verdict form, and such signature shall mean that the verdict of the jury was unanimous.

Dated this 15th day of May, 2019.

_____
FOREPERSON

7