IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SABAS RODRIGUEZ-CISNEROS<br><br>Defendant. | 4:18-CR-3150<br><br>ORDER |

The defendant has filed a motion to reduce his sentence pursuant to U.S.S.G. Amend. 821, made retroactive by U.S.S.G. Amend. 825. Filing 92. But the defendant is not eligible for such a reduction. Specifically, the defendant was not a "zero-point offender," nor were criminal history "status points" applied in his case. Filing 65 at 13. In addition, the defendant received an aggravating role enhancement pursuant to U.S.S.G. § 3B1.1(c). *See* U.S.S.G. § 4C1.1(a)(10) (adjustment for zero-point offenders requires that "the defendant did not receive an adjustment under §3B1.1 (Aggravating Role)"); *see also* filing 65 at 11 (defendant was an organizer, leader, manager, or supervisor).

IT IS ORDERED that the defendant's motion for a sentence reduction (filing 92) is denied.

Dated this 19th day of August, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge